**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 20-16162

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | **Magistrate Case No. NJ10 9374653** |
| **v.** | ] | |
| **MATTHEW RILES** | ] | **COMPLAINT** <br> **Offense on a Federal Reservation** |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Matthew D. Nafus,** Special Assistant U.S. Attorney, who, under oath charges that:

On or about the **28th day of July 2020,** at Picatinny Arsenal, New Jersey, in the Judicial District of New Jersey,

**MATTHEW RILES** did commit:

Possession of a Firearm in a Federal Facility in violation of 18 U.S.C. §930.

The name of the Complainant is **Matthew D. Nafus.**

Matthew D. Nafus

**MATTHEW D. NAFUS**
**SPECIAL ASSISTANT U.S. ATTORNEY**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, ON THIS** 27th **DAY OF** October**, 2020.**

Anthony R. Mautone

**HONORABLE ANTHONY R. MAUTONE**
**United States Magistrate Judge**

10/27/20 NK 11/19/20